Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

JUN 20 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
by _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>~~XXXXX XXXXX XXXXXX~~<br>JENNIFER NOIHONG CHONG<br>Defendant. | DOCKET NO. 6:16-mj-048-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the assistant prosecutor for misdemeanor matters arising in the park. I have been so employed for approximately six months.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Jennifer Noihong CHONG has failed to obey all laws, and failed to notify the Court within 7 days of being cited or arrested for any alleged violation of the law.

As the acting legal officer, I am aware that CHONG was charged with failure to comply with the directions of a traffic control device, in violation of 36 Code of Federal

1  Regulations §4.12, and operating a motor vehicle when her driving privilege is
2  suspended or revoked, in violation of 36 Code of Federal Regulations §4.2(b),
3  incorporating California Vehicle Code §14601.1(a).

4  On June 14, 2016, CHONG plead guilty to the charge of operating a motor vehicle
5  when her driving privilege is suspended or revoked, in violation of 36 Code of Federal
6  Regulations §4.2(b), incorporating California Vehicle Code §14601.1(a). The other
7  count was dismissed. CHONG was sentenced to 12 months of unsupervised probation
8  with the conditions that she obey all laws; pay a $600 fine at a rate of $60 per month
9  commencing on July 14, 2016 and each month thereafter until paid in full; and advise the
10 Court within 7 days of being cited or arrested for any alleged violation of law.

11 The government alleges CHONG has violated the following condition(s) of his
12 unsupervised probation:

13 CHARGE ONE:   FAILURE TO OBEY ALL LAWS

14 CHONG was ordered to obey all laws. On 06/01/2017 CHONG was arrested in
15 Honolulu, Hawaii for misdemeanor abuse of family. CHONG was released on bail on
16 06/01/2017. No other disposition is listed on CHONG'S criminal history.

06/19/2017
Date

Susan St. Vincent  Armin M. Najafi
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

6/19/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

2