| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
JENNIFER CHONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00048-MJS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE REVIEW HEARING; ORDER** |
| vs. | ) | |
| JENNIFER CHONG, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Jennifer Chong, that the Court continue the June 27, 2017 review hearing to July 12, 2017, at 10:00 a.m.

On August 9, 2016, Ms. Chong was sentenced to twelve months of unsupervised probation, with the conditions that she obey all laws, report any new law violations within seven days, pay a $600 fine, and a $10 penalty assessment. Ms. Chong's review hearing is set for June 27, 2017.

Ms. Chong has paid her fine in full. On June 20, 2017, the government filed a probation violation against Ms. Chong, alleging that she failed to obey all laws. Ms. Chong currently resides in Hawaii. The defense is attempting to find out more information regarding the alleged new law violation. Additionally, since Ms. Chong's probation extends to August 9, 2017, the

parties are requesting that the June 27, 2017 review hearing be continued to July 12, 2017, at 10:00 a.m. to provide time to look into the alleged violation.

                                                Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

Date: June 21, 2017                         */s/ Susan St. Vincent*
                                                Susan St. Vincent
                                                Yosemite Legal Officer
                                                Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: June 21, 2017                         */s/ Reed Grantham*
                                                REED GRANTHAM
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JENNIFER CHONG

## **O R D E R**

    The Court hereby grants the parties' request to continue the June 27, 2017 review hearing to July 12, 2017, at 10:00 a.m., in case number 6:16-mj-00048-MJS.

IT IS SO ORDERED.

Dated:   June 22, 2017                        /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE