| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JENNIFER CHONG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  6:16-mj-00048-MJS |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER; ORDER** |
| | ) | |
| vs. | ) | Hon. Michael J. Seng |
| | ) | Date: July 12, 2017 |
| JENNIFER CHONG, | ) | Time: 11:30 a.m. |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Jennifer Chong, having been advised of her right to be personally present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear at the July 12, 2017 hearing and that she be allowed to appear by video from the United States District Court in Honolulu, Hawaii. This Court has the discretion under Rule 43(b)(2) to allow Ms. Chong to appear by video. The government is not opposed to this request.

On June 20, 2017, the government filed an Affidavit of Alleged Probation Violation alleging that Ms. Chong failed to obey all laws when she was arrested on June 1, 2017, in Honolulu, Hawaii. Ms. Chong currently resides in Aiea, Hawaii. Ms. Chong would incur significant expense to travel from Hawaii to Yosemite National Park. Presently, it is the intention of the defense to deny the allegation and set the matter for a contested hearing. Accordingly, Ms. Chong's physical presence at the hearing is not necessary. The defense has arranged a video

conference from the United States District Court in Honolulu, Hawaii.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 6, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JENNIFER CHONG

**O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via video at the hearing in Case No. 6:16-mj-00048-MJS, is GRANTED.

IT IS SO ORDERED.

Dated: July 6, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE