Susan St. Vincent
Yosemite Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

JUL 11 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JENNIFER NOIHING CHONG,

Defendant.

DOCKET NO. 6:16-mj-048-MJS

**FIRST AMENDED AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)**

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the assistant prosecutor for misdemeanor matters arising in the park. I have been so employed for approximately six months.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Jennifer Noihong CHONG has failed to obey all laws, and failed to notify the Court within 7 days of being cited or arrested for any alleged violation of the law.

1

|   |   |
|---|---|
| 1 | As the acting legal officer, I am aware that CHONG was charged with failure to |
| 2 | comply with the directions of a traffic control device, in violation of 36 Code of Federal |
| 3 | Regulations §4.12, and operating a motor vehicle when her driving privilege is |
| 4 | suspended or revoked, in violation of 36 Code of Federal Regulations §4.2(b), |
| 5 | incorporating California Vehicle Code §14601.1(a). |
| 6 | On June 14, 2016, CHONG plead guilty to the charge of operating a motor vehicle |
| 7 | when her driving privilege is suspended or revoked, in violation of 36 Code of Federal |
| 8 | Regulations §4.2(b), incorporating California Vehicle Code §14601.1(a). The other |
| 9 | count was dismissed. CHONG was sentenced to 12 months of unsupervised probation |
| 10 | with the conditions that she obey all laws; pay a $600 fine at a rate of $60 per month |
| 11 | commencing on July 14, 2016 and each month thereafter until paid in full; and advise the |
| 12 | Court within 7 days of being cited or arrested for any alleged violation of law. |
| 13 | The government alleges CHONG has violated the following condition(s) of her |
| 14 | unsupervised probation: |
| 15 |   |
| 16 | CHARGE ONE:     FAILURE TO OBEY ALL LAWS |
| 17 | CHONG was ordered to obey all laws. On 02/24/2017 CHONG was arrested in |
| 18 | Las Vegas, Nevada for misdemeanor 1st Degree Domestic Battery in violation of |
| 19 | Nevada Statute §200.485.1. No disposition is listed on CHONG'S criminal history. |
| 20 |   |
| 21 | CHARGE TWO:     FAILURE TO REPORT NEW LAW VIOLATION |
| 22 | CHONG was ordered to report any new law violations to the Court. On |
| 23 | 02/24/2017 CHONG was arrested in Las Vegas, Nevada for misdemeanor 1st Degree |
| 24 | Domestic Battery in violation of Nevada Statute §200.485.1. The Yosemite Legal Office |
| 25 | learned of this arrest through reviewing CHONG's criminal background. |
| 26 |   |
| 27 | CHARGE THREE: FAILURE TO OBEY ALL LAWS |
| 28 | CHONG was ordered to obey all laws. On 06/01/2017 CHONG was arrested in |

Honolulu, Hawaii for misdemeanor abuse of family in violation of Hawaii Revised Statutes §709-0906. CHONG was released on bail on 06/01/2017. No other disposition is listed on CHONG'S criminal history.

07/11/17
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

7/11/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California