| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JENNIFER CHONG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00048-MJS |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE AUGUST 23,** |
| | ) | **2017 HEARING; ORDER** |
| vs. | ) | |
| | ) | |
| JENNIFER CHONG, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Jennifer Chong, that the Court continue the August 23, 2017 hearing to September 26, 2017, at 10:00 a.m.

On August 9, 2016, Ms. Chong was sentenced to twelve months of unsupervised probation, with the conditions that she obey all laws, report any new law violations within seven days, pay a $600 fine, and a $10 penalty assessment.

On June 20, 2017, the government filed a probation violation against Ms. Chong, alleging that she failed to obey all laws. An initial review hearing was held on July 12, 2017. The parties are requesting additional time to locate documents relating to the government's probation violation allegations. Additional time will allow the parties to resolve this matter in a single hearing and will conserve time and resources for both the parties and the Court.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 21, 2017					*/s/ Susan St. Vincent*
							Susan St. Vincent
							Yosemite Legal Officer
							Attorney for Plaintiff


							HEATHER E. WILLIAMS
							Federal Defender


Date: August 21, 2017					*/s/ Reed Grantham*
							REED GRANTHAM
							Assistant Federal Defender
							Attorney for Defendant
							JENNIFER CHONG

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the August 23, 2017 hearing for Jennifer Chong, Case 6:16-mj-00048-MJS, is continued to September 26, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 21, 2017				/s/ *Michael J. Seng*
							UNITED STATES MAGISTRATE JUDGE

Chong – Stipulation to Continue Hearing