1
2
3
4
5

Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14

UNITED STATES OF AMERICA,

Plaintiff,

v.

JENNIFER NOIHONG CHONG,

Defendant.

DOCKET NO. 6:16-mj-0048-MJS

**MOTION TO VACATE EVIDENTIARY HEARING AND NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON**

15
16
17

Court: U.S. District Court – Yosemite
Judge: Honorable Michael J. Seng

18      Defendant, Jennifer CHONG was charged with failure to comply with the

19  directions of a traffic control device, in violation of 36 Code of Federal Regulations §4.12,

20  and operating a motor vehicle when her driving privilege is suspended or revoked, in

21  violation of 36 Code of Federal Regulations §4.2(b), incorporating California Vehicle

22  Code §14601.1(a). On August 9, 2016, CHONG plead guilty to the charge of operating

23  a motor vehicle when her driving privilege is suspended or revoked, in violation of 36

24  Code of Federal Regulations §4.2(b), incorporating California Vehicle Code §14601.1(a).

25  The other count was dismissed. CHONG was sentenced to 12 months of unsupervised

26  probation with the conditions that she obey all laws; pay a $600 fine; and advise the

27  Court within 7 days of being cited or arrested for any alleged violation of law.

28

1

On July 11, 2107 the Government filed an Affidavit of Alleged Probation Violation alleging CHONG failed to obey all laws in two incidents and failed to report the law violation in one incident. The Government has subsequently received additional information about the alleged new law violations and based on that new information, does not believe it can proved the allegations as set forth in the Affidavit. The Government herewith withdraws its Allegation of Alleged Probation Violation. As the other conditions of probation have been met, the Government requests the evidentiary hearing in this matter set for September 27, 2017 be vacated.

Dated: September 25, 2017

By: /s/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

### ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED the Statement of Alleged Probation Violation(s) in *U.S. v. Chong 6:16-mj-0048-MJS*, filed on July 11, 2017 is retracted. The evidentiary hearing scheduled for September 27, 2017 is vacated.

IT IS SO ORDERED.

Dated: ___September 26, 2017___     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE